BENJAMIN WIRTSCHAFTER, Respondent, v. ARTHUR LEIBOWITZ et al., Appellants.— Order unanimously modified insofar as to eliminate item 13 and, as so modified, affirmed. No opinion. The date for the examination to proceed

shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.